IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41485
Conference Calendar

_____


BRANDON LEE MORRISON,

Petitioner-Appellant,

versus

MICHAEL PURDY, Warden,

Respondent-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-C-97-254
- - - - - - - - - - -
August 18, 1998
Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

     Brandon Lee Morrison, federal prisoner # 25272-008, appeals
the denial of his 28 U.S.C. § 2241 petition challenging the
Bureau of Prison's refusal to consider him eligible for a
reduction to his sentence under 18 U.S.C. § 3621(e)(2)(B).  He
argues that the BOP's policy of not considering eligible
prisoners convicted of drug trafficking offenses for which the
sentences were enhanced under the Sentencing Guidelines for
possession of a firearm is an impermissible interpretation of

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

§ 3621(e)(2)(B)'s "nonviolent offense."  His argument is foreclosed by this court's decision in <u>Venegas v. Henman</u>, 126 F.3d 760, 763-65 (5th Cir. 1997), <u>cert. denied</u>, 118 S. Ct. 1679 (1998).

AFFIRMED.